

# Fourth Court of Appeals
## San Antonio, Texas

February 5, 2014

No. 04-13-00861-CV

**IN THE INTEREST OF J.O., J.G., A.G.**, Children

From the 218th Judicial District Court, Atascosa County, Texas
Trial Court No. 13-08-0786-CVA
Honorable Thomas F. Lee, Judge Presiding

**ORDER**

     In accordance with this court's opinion issued this date, this appeal is DISMISSED for lack of jurisdiction. TEX. R. APP. P. 42.3(a).

     It is so **ORDERED** on February 5, 2014.

_____
Rebeca C. Martinez, Justice

     IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of February, 2014.

_____
Keith E. Hottle, Clerk